# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| EASTERN UNIVERSITY ACADEMY CHARTER SCHOOL, PEITIONER | : | No. 373 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

    Is a school district's decision to nonrenew a charter school's charter agreement untimely where the decision has been rendered after the expiration of the charter term for which renewal was sought?